## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

ADAM HILL,                                                                    PLAINTIFF
ADC #601559

v.                          CASE NO: 4:24-cv-00518-JM-JTK

STUKEY, et al.                                                           DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Jerome T. Kearney.   No objections have been filed.   After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1.      Defendants Hutchinson, Bolden, and Holmes are TERMINATED as parties to this action because there are no claims pending against them;

2.      Plaintiff's claims against Defendants Stukey, Huff, Kerstein, Smith, Conley, Griffin, Horan, Saih, Culp, Wyman, and Rester are DISMISSED because these Defendants are not properly joined in this lawsuit;

3.      Defendants Stuckey, Huff, Kerstein, Smith, Conley, Griffin, Horan, Saih, Culp, Wyman, and Rester are TERMINATED as parties to this action; and

4.      Plaintiff's official capacity claims against Defendant Billingsley are DISMISSED as duplicative.

DATED this 26th day of August, 2024.


_____
UNITED STATES DISTRICT JUDGE