# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

ADAM HILL,                                                                                   PLAINTIFF
ADC #601559

v.                             4:24CV00518-JM-JTK

STUKEY, et al.                                                    DEFENDANTS

## **ORDER**

On November 18, 2024, Defendant Wellpath filed a filed suggestion of bankruptcy and notice of stay due to the bankruptcy filed by Wellpath Holdings, Inc. and related entities. Doc. No. 45; In re Wellpath Holdings, Inc., et al., Case No. 24-90533 (Bankr. S.D. Tex). In the interim, an Amended Interim Stay Order was entered in the Wellpath bankruptcy case.

The January 14, 2025, Amended Interim Stay Order filed in the Wellpath bankruptcy action appears to stay this action against Defendant Katheren Billingsley because of her current or past status as a Wellpath employee. Regardless, the Court has discretion to issue a stay for the purposes of judicial economy and efficiency in case management.

Considering Plaintiff Adam Hill's objection to the notice of bankruptcy (Doc. No. 48) together with the suggestion of bankruptcy and notice of stay (Doc. No. 45), the Court will stay this action until further Order.

IT IS THEREFORE ORDERED THAT:

1. This action is STAYED in its entirety until further order.

2. The Clerk of the Court is directed to administratively close this case and terminate all pending motions (Doc. Nos. 42, 44). Once the stay in this case is lifted, the Court will set a deadline for parties to re-file the motions (Doc. Nos. 42, 44) that were terminated by this Order.

3.      Defendant Wellpath must file a status report within seven days of the entry of *any* Order entered by United States Bankruptcy Judge Alfredo R. Perez in the Wellpath Bankruptcy that lifts or further extends the automatic stay as to any Defendant in this case.

4.      If Plaintiff Adam Hill wishes to file a motion for relief from stay pursuant to 11 U.S.C. § 362, such motion must be filed with the Bankruptcy Court for the Southern District of Texas, 515 Rusk Street, Houston, Texas 77002 in the bankruptcy case (*In re Wellpath Holdings, Inc., et al.*, Case No. 24-90533).

Dated this 22nd day of January, 2025.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE