IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ADAM HILL,                                                                                PLAINTIFF
ADC #601559

v.                                    4:24CV00518-JM-JTK

STUKEY, et al.                                                         DEFENDANTS

**ORDER**

       Adam Hill's ("Plaintiff") Motion to Compel (Doc. No. 70) is DENIED. In his Motion, Plaintiff sought a response to his discovery request seeking to know the number of inmates scheduled to be seen at sick call on July 19, 2022. (Id.). In response to Plaintiff's Motion, Defendant Billingsley submitted a copy of her response to Plaintiff's Interrogatory No. 6. (Doc. No. 72-1). The certificate of service is dated October 22, 2024. (Id. at 2). Because Defendant Billingsley responded to Plaintiff's discovery request, Plaintiff's Motion to Compel is denied as moot.

       IT IS SO ORDERED this 16th day of June, 2025.

                                                       _____
                                                       JEROME T. KEARNEY
                                                       UNITED STATES MAGISTRATE JUDGE