**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**ADAM HILL,**                                                                                   **PLAINTIFF**
**ADC # 601559**

**v.**                                    **Case No. 4:24-cv-00518-JM-JTK**

**STUKEY, et al.**                                                                     **DEFENDANTS**

## ORDER

This case is dismissed with prejudice pursuant to the joint stipulation of dismissal.

(Doc. No. 106).

IT IS SO ORDERED this 21st day of April, 2026.

_____
UNITED STATES DISTRICT JUDGE