**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**ADAM HILL,**                                                                      **PLAINTIFF**
**ADC # 601559**

**v.**                                          **Case No. 4:24-cv-00518-JM**

**STUKEY, et al.**                                                              **DEFENDANTS**

**JUDGMENT**

Pursuant to the order filed on this date, judgment is entered dismissing this case with prejudice.

DATED this 21st day of April, 2026.

_____
UNITED STATES DISTRICT JUDGE